**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| CIELO JEAN "CJ" GIBSON, JESSICA "JESSA" HINTON, | C.A. NO. 6:22-CV-02369-TMC |
| PLAINTIFFS, | |
| vs. | **DEFENDANT'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |
| NEPAL, INC. D/B/A LUST, | |
| DEFENDANT. | |

COMES NOW Defendant Nepal, Inc. d/b/a Lust, ("Nepal" or "Defendant"), by and through its undersigned counsel, and, pursuant to Local Civil Rule 26.01, states as follows:

(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**ANSWER:** None

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER: All claims should be tried by a jury as Defendant is entitled to a jury trial. To the extent Plaintiff seeks injunctive relief, although only as a remedy and not as a claim, such should be decided by this Court.**

(C) State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER:** **Defendant is not a publically-owned company and does not own more than 10% of any publically-owned companies.**

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civ. Rule 3.01 (D.S.C.).

**ANSWER:** **Plaintiff filed suit in this division claiming the operative facts occurred in it and Defendant is domiciled in this district.**

(E) Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:** **This case is not related to other matter(s) filed in this district.**

(F) [*Defendants only*.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:** **Defendant is properly identified.**

(G) [*Defendants only*.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of their liability.

**ANSWER: Defendant is still investigating this issue and will supplement accordingly.**

(H) [*Parties or Intervenors in a Diversity Case*] In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER: Defendant is a citizen of South Carolina.**

CLEMENT RIVERS, LLP

By: s/*Stephen L. Brown*
Duke R. Highfield (Federal I.D. #5654)
Stephen L. Brown (Federal I.D. #6428)
Victoria L. Anderson (Federal I.D. #11708)
P.O. Box 993, Charleston, SC  29402
Telephone: (843) 720-5488
Facsimile: (843) 579-1369
Email: dhighfield@ycrlaw.com
           sbrown@ycrlaw.com
           tanderson@ycrlaw.com
Attorneys for Defendant